# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ALBERT O'NEAL, JR** | **CASE NO. 3:22-CV-02227** |
| | **SECTION P** |
| **VS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **MAJOR HAWKINS, ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 10] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Albert O'Neal, Jr.'s, claims against Transportation Officer Porter and claim that Major Hawkins threatened him are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 15th day of November 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE