# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ALBERT O'NEAL, JR.** | **CIVIL ACTION NO. 22-2227** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **MAJOR HAWKINS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Albert O'Neal, Jr.'s remaining claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 20th day of March 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE